LOUIS LOWENSTEIN et al., as Executors of ISAIAS MEYER,
Deceased, Appellants, *v.* HERMAN SCHIFFER et al.,
Respondents.

*Lowenstein* v. *Schiffer*, 38 App. Div. 178, appeal withdrawn.
(Argued October 2, 1899; decided October 10, 1899.)

MOTION for leave to withdraw an appeal from a judgment
of the Appellate Division of the Supreme Court in the first
judicial department, entered April 22, 1899, reversing a judg-
ment in favor of plaintiffs entered upon the report of a referee,
and granting a new trial.

The motion was made upon the ground that the appeal had
been taken by mistake and its prosecution would result in
great hardship to the appellants.

*H. B. Closson* for motion.

*Louis Marshall* opposed.

Motion granted upon payment of taxable costs in this court to date, and ten dollars costs of opposing motion.